**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re: | * |
| | * |
| **BONIVENTO, Lennya**, and | *   **Case No. 19-11752-BFK** |
| **ELTON, Travis M.**, | *   Chapter 7 |
| | * |
| Debtors. | * |

**TRUSTEE'S OBJECTIONS TO EXEMPTIONS**

Donald F. King, the Chapter 7 trustee in the above captioned case ("**Trustee**"), by counsel, files these objections to exemptions claimed by Lenny Bonivento and Travis Elton ("**Debtors**"), and, in support thereof, states as follows:

1. The Debtors filed a voluntary petition under Chapter 7 on May 27, 2019.

2. The Trustee is the duly qualified and acting Chapter 7 trustee for this estate.

3. The meeting of creditors under 11 U.S.C. § 341 was concluded on June 27, 2019.

**Objection to Exemption Under Va. Code Ann. §§ 55-20.2 and 55-37**

4. According to the Debtors' Schedule C filed with this Court and the Homestead Deed filed by the Debtors in the Arlington land records, the Debtors claim a tenancy-by-the-entireties ("**T-by-E**") exemption pursuant to Va. Code Ann. §§ 55-20.2 and 55-37 in a condominium located at 1802-D 9th Street, Arlington, VA (the "**Property**").

5. According to the deeds provided to the Trustee, it appears that Travis Elton owned the Property in his individual name and conveyed the Property to himself and his co-

---

**DONALD F. KING (VSB No. 23125)**
**Counsel for Chapter 7 Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:   703-218-2116
Fax:        703-218-2160
Email:    donking@ofplaw.com

debtor spouse, Lennya Bonivento, on the eve of the bankruptcy filing in order to create a T-by-E exemption. The Trustee believes the transfer of the Property is avoidable under 11 U.S.C § 548.

6. Accordingly, the Trustee objects to the Debtors' claim of exemption under Va. Code Ann. §§ 55-20.2 and 55-37 as to the Property.

WHEREFORE, Donald F. King, Trustee, by counsel, requests that this Court disallow the attempted T-by-E exemption claimed by the Debtors in the Property and provide such further relief as this Court deems just and proper.

**Respectfully Submitted,**

**DONALD F. KING, TRUSTEE**
**By Counsel**

**By:**   /s/ *Donald F. King*
**Donald F. King (VSB No. 23125)**
**Counsel for Chapter 7 Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:   703-218-2116**
**Fax:     703-218-2160**
**Email:**   donking@ofplaw.com

#4354204v1   31070/00001